**Electronically Filed
Intermediate Court of Appeals
29553
08-MAR-2013
07:57 AM**

NO. 29553

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


HIROKAZU NAKAJIMA,
Plaintiff/Cross-Defendant/Appellant,
v.
AKI NAKAJIMA,
Defendant/Cross-Plaintiff/Appellee


APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-DIVORCE NO. 05-1-0587)


ORDER DENYING "PLAINTIFF/CROSS-DEFENDANT-APPELLANT'S
MOTION FOR RECONSIDERATION OF THE COURT'S ORDER
DISMISSING APPEAL FILED ON FEBRUARY 22, 2013"
(By:  Foley, J. and Fujise, J., with
Nakamura, C.J. dissenting)


Upon consideration of "Plaintiff/Cross-Defendant-Appellant's Motion for Reconsideration of the Court's Order Dismissing Appeal Filed on February 22, 2013," filed March 4, 2013, the papers in support of the motion, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED:   Honolulu, Hawaii, March 8, 2013.

Associate Judge

Associate Judge


Consistent with my dissent to the "Order Dismissing Appeal," I would grant the Plaintiff/Cross-Defendant/Appellant's "Motion for Reconsideration" (Motion).   Accordingly, I respectfully dissent from the denial of the Motion.


Chief Judge